IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 18 AM 11:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SCOTT SIDES,

    Plaintiff,

VS.                                          NO. 04-2404-MaA

VELSICOL CHEMICAL CORPORATION,

    Defendant.

---

ORDER GRANTING MOTION FOR EXTENSION TIME

---

Before the court is plaintiff's July 6, 2005, unopposed motion requesting an extension of the deadline for filing potentially dispositive motions. For good cause shown, the motion is granted. Plaintiff's deadline for filing his motion for summary judgment is extended to July 20, 2005.

It is so ORDERED this 15K day of July, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-19-05

51

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CV-02404 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT