IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 15 PM 4: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

SCOTT SIDES,

    Plaintiff,

vs.                    No: 04-2404 Ma An

VELSICOL CHEMICAL CORPORATION,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court being advised by counsel for the parties that Plaintiff agrees to dismiss the remaining state tort claim with prejudice finds and

**ORDERS** that the above-styled and numbered matter is hereby dismissed with prejudice, with each party bearing its own costs.

_____
Judge Samuel H. Mays, Jr.
U.S. District Judge
DATE: November 15, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __11-17-05__

1

60



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CV-02404 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT