UNITED STATES DISTRICT COURT  
**WESTERN DISTRICT OF TENNESSEE**  
**WESTERN DIVISION**

FILED BY ____ D.C.
05 NOV 17 PM 2: 39
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SCOTT SIDES, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| VELSICOL CHEMICAL CORPORATION, | CASE NO: 2:04cv2404-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on November 16, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/17/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:04-CV-02404 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT